**Criminal Case Cover Sheet**  **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish ___N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00026**
Same Defendant _____ New Defendant ___X____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name ___Brian William Elm_____

Allisas Name _____

Address _____

Birth date __XX/XX/_____ SS# __XXX-XX-_____ Sex _M__ Race_____ Nationality _U.S._

**RECEIVED MAR 28 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA __Karon V. Johnson____

Interpreter: __X__ No ____Yes     List language and/or dialect: _N/A_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___3_____   ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 U.S.C. § 1623 | FALSE DECLARATION BEFORE THE COURT | 1-3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __3/27/08__  Signature of AUSA: __Karon V Johnson__