ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5
   Attorneys for the United States of America
6

**FILED**

DISTRICT COURT OF GUAM

MAR 29 2007

MARY L.M. MORAN
CLERK OF COURT

7              **IN THE UNITED STATES DISTRICT COURT**

8                **FOR THE TERRITORY OF GUAM**

9

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00026 |
|---|---|

10          Plaintiff,          )
                                 )
11                              )
            vs.                  )      **MOTION FOR WRIT OF HABEAS**
12                              )      **CORPUS AD PROSEQUENDUM**
    BRIAN WILLIAM ELM,          )
13                              )
            Defendant.          )
14  _____)

15      The United States of America, by and through undersigned counsel, hereby moves this

16  Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant,

17  BRIAN WILLIAM ELM, is now in the custody of the Federal Bureau of Prisons, FCI Lompoc and

18  that said prisoner is required to appear before this Court on April 25, 2007, at 1:30 p.m. for his

19  initial appearance in the United States District Court of Guam and whenever necessary hereafter to

20  attend court appearances in the above-entitled case and upon completion of said prosecution and/or

21  court appearances and/or upon further order of the court, return said prisoner to his place of

22  confinement.

23      Dated this 29th day of March 2007.

24                              LEONARDO M. RAPADAS
                                United States Attorney
25                              Districts of Guam and NMI

26
                        By:     _____
27                              KARON V. JOHNSON
                                Assistant U.S. Attorney
28