LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAM ELM,<br><br>    Defendant. | CRIMINAL CASE NO. 07-00026<br><br>**WRIT OF HABEAS CORPUS**<br>**AD PROSEQUENDUM** |

TO: OFFICER IN CHARGE - WARDEN
    FCI Lompoc
    Federal Correctional Institution
    3600 Guard Road
    Lompoc, CA 93436

    This Court finds that BRIAN WILLIAM ELM is now in the custody of the Federal Bureau of Prisons, FCI Lompoc, Prisoner Register No. 01219-093 and that said prisoner is required to appear before this Court on April 25, 2007, at 1:30 p.m. for his initial appearance/arraignment on federal charges in the District Court of Guam.

    **IT IS HEREBY ORDERED** that the Officer in Charge of the Federal Bureau of Prisons, FCI Lompoc or his authorized agent or any Federal law enforcement agent shall produce BRIAN WILLIAM ELM, before this Court on April 25, 2007 at 1:30 p.m. and whenever necessary

hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 30, 2007