# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
v.

BRIAN WILLIAM ELM

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-07-00026

(Name and Address of Defendant)

**RECEIVED MAR 28 2007 US MARSHALS SERVICE-GUAM**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | 413 |
| | **Date and Time**<br>Wednesday, April 25, 2007 at 1:30 p.m. |

To answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title    18    United States Code, Section(s)    1623

Brief description of offense:

False Declaration Before the Court - Counts 1 through 3

**FILED**
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

March 28, 2007
Date

## ORIGINAL

# RETURN OF SERVICE

Service was made by me on:[1]   Date

RECEIVED
APR 25 2007
US MARSHALS SERVICE-GUAM
UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

RECEIVED
APR 25 2007
US MARSHALS SERVICE-GUAM

Returned on _____
           Date

_____
J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.