# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00026-001　　　　　　　　　　　　DATE: April 25, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:40:28 - 1:47:23
CSO: B. Benavente

**APPEARANCES:**

Defendant: Brian William Elm　　　　　　Attorney: Curtis Van de Veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Judy Ocampo　　　　　　U.S. Marshal: V. Roman / R. Okada
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Mr. Van de Veld's request to withdraw as court appointed counsel was granted.
- Court to issue order appointing new counsel.
- Proceedings continued to: 4/30/2007 at 10:00 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: