**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00026-001          DATE: April 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:57:23 - 10:02:40
CSO: L. Ogo

**APPEARANCES:**
Defendant: Brian William Elm      Attorney: Joseph Razzano
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Christopher Duenas      U.S. Marshal: V. Roman / R. Okada
Interpreter:      Language:

**PROCEEDINGS: Continued Initial Appearance on an Indictment and Arraignment**
- Joseph C. Razzano appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: June 26, 2007 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: