# ORIGINAL

brianelmwit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN -8 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.07-00026 |
| Plaintiff, | |
| vs. | **UNITED STATES WITNESS LIST** |
| BRIAN WILLIAM ELM, | |
| Defendant. | |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

Ken Bowman
Special Agent
Drug Enforcement Administration

Maria Cruz
Probation Officer
U.S. Probation Office

Respectfully submitted this 7th day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney