ORIGINAL

1 brianelmexh

2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
TEL: (671) 472-7332
6 FAX: (671) 472-7334

7 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN - 8 2007

MARY L.M. MORAN
CLERK OF COURT

8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE DISTRICT OF GUAM
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | |
| vs. | **UNITED STATES'** **EXHIBIT LIST** |
| BRIAN WILLIAM ELM, | |
| Defendant. | |

17    COMES NOW the United States and hereby files with the Court the following proposed

18 exhibits to be introduced in its case-in-chief:

19    Respectfully submitted this 7th day of June, 2007.

20

21                                    LEONARDO M. RAPADAS
                                      United States Attorney
22                                    Districts of Guam and NMI

23

24    By:    _Karon V. Johnson_____
                                      KARON V. JOHNSON
25                                    Assistant U.S. Attorney

26

27

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Redacted indictment, Cr. No. 05-00053 | _____ | _____ |
| 2) | Testimony of Brian William Elm, Cr. No. 05-00053 | _____ | _____ |
| 3) | Sentencing hearing of Elm, October 10, 2006 | _____ | _____ |
| 4) | Chart concerning applicable sentencing guidelines range | _____ | _____ |

i



1 LEONARDO M. RAPADAS
  United States Attorney
2 RUSSELL C. STODDARD
  First Assistant U.S. Attorney
3 Sirena Plaza Suite 500
  108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
  Telephone: (671) 472-7332
5 Telecopier: (671) 472-7334

6 Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

MAR - 1 2006

MARY L.M. MORAN
CLERK OF COURT

7          **IN THE UNITED STATES DISTRICT COURT**

8             **FOR THE DISTRICT OF GUAM**

9 UNITED STATES OF AMERICA,  )   CRIMINAL CASE NO. 05-00053
                            )
10                          )   <u>**THIRD SUPERSEDING INDICTMENT**</u>
                            )
11              Plaintiff,  )   **CONSPIRACY TO DISTRIBUTE**
                            )   **METHAMPHETAMINE HYDROCHLORIDE**
12                          )   [21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii), and 846]
                            )   (COUNT 1)
13                          )
                            )
14                          )
        vs.                 )
15                          )
                            )
16                          )
   CHRISTOPHER M. ESPINOSA, )
17 and BRIAN WILLIAM ELM,   )
                            )
18                          )
                            )
19              Defendants. )
                            )
20 _____)

21 THE GRAND JURY CHARGES:

22      **COUNT 1 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE**
                       **HYDROCHLORIDE**
23

24      Beginning at a time unknown, but at least in or about the month of June, 2004 through on

25 or about June 18, 2005, in the District of Guam and elsewhere, the defendants, CHRISTOPHER

26 M. ESPINOSA and BRIAN WILLIAM ELM, and other persons known and unknown to the

27 grand jury, did unlawfully, intentionally, and knowingly combine, conspire, confederate and

28      VAN DE VELD SHIMIZU CANTO & FISHER        -1-

          ATTORNEYS AT LAW

**GOVERNMENT
EXHIBIT**
_1_

RECEIVED

agree together and with others, to distribute over 50 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

Dated this 1st day of March, 2006.

A TRUE BILL: Original Signed by

*Doris J. Rivera*

DORIS RIVERA
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:

RUSSELL C. STODDARD
First Assistant U.S. Attorney

-5-