4. Chart Concerning Applicable Sentencing Guidelines Range