brianelmverd

ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN - 8 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES'** [PROPOSED] **VERDICT FORM** |
| BRIAN WILLIAM ELM, | ) | |
| Defendant. | ) | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning BRIAN WILLIAM ELM.

Respectfully submitted this 7th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, ) | |
| vs. ) | **VERDICT FORM** |
| BRIAN WILLIAM ELM, ) | |
| Defendant. ) | |

_____ )

**COUNT I - FALSE DECLARATION BEFORE THE COURT**

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM., violation of Title 18, United States Code, Section 1623, False Declaration Before the Court::

/ / NOT GUILTY

/ / GUILTY

**COUNT II - FALSE DECLARATION BEFORE THE COURT**

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM., violation of Title 18, United States Code, Section 1623, False Declaration Before the Court::

/ / NOT GUILTY

/ / GUILTY

//

//

# COUNT III - FALSE DECLARATION BEFORE THE COURT

We, the Jury, in the above-entitled cause unanimously find the defendant, BRIAN WILLIAM ELM., violation of Title 18, United States Code, Section 1623, False Declaration Before the Court::

/    /        NOT GUILTY

/    /        GUILTY

DATED this _____ of June, 2007, at Hagatna, Guam.

_____

FOREPERSON