ORIGINAL

1  brianelmexh

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM
JUN - 8 2007
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF GUAM

10 UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 07-00026
11                                     )
                        Plaintiff,     )
12                                     )    **UNITED STATES NOTICE RE**
              vs.                      )    **REDACTED INDICTMENT**
13                                     )
   BRIAN WILLIAM ELM,                  )
14                                     )
                        Defendant.     )
15 _____ )

16

17        COMES NOW the United States and hereby files with the Court the following proposed

18 redacted indictment which it proposes to use as an exhibit in this matter. The United States will

19 be submitting a redacted indictment because defendant was acquitted of the money laundering

20 counts.

21        Respectfully submitted this 7th day of June, 2007.

22

23                              LEONARDO M. RAPADAS
                                United States Attorney
24                              Districts of Guam and NMI

25
                        By:     _____
26                              KARON V. JOHNSON
                                Assistant U.S. Attorney
27

1   agree together and with others, to distribute over 50 grams of methamphetamine hydrochloride, a

2   schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1),

3   (b)(1)(A)(viii), and 846.

Dated this 14 day of March, 2006.

A TRUE BILL:

Original Signed by

_Doris J. Rivera_

DORIS RIVERA
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:

RUSSELL C. STODDARD
First Assistant U.S. Attorney