LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | **Re: Government s Request for** |
| | ) | **Use of Court s Equipment** |
| BRIAN WILLIAM ELM, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

The government's request to use the court's equipment is **APPROVED AND SO ORDERED** this 11th day of June 2007.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**