TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM
JUN 18 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION** |
| BRIAN ELM, | |
| Defendant. | |

TO: **KARON V. JOHNSON, ESQ.,** *Assistant U. S. Attorney,* **Office of the United States Attorney**, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

**PLEASE TAKE NOTICE** that Defendant's Motion *In Limine* to Exclude Testimony or, in the Alternative, *Ex Parte* Motion for Appointment of Expert Witness filed in the above-captioned case will come on for hearing on JUN 25 2007 at 10:30 a.m., or as soon thereafter as the matter may be heard.

Dated this 18th day of June, 2007.

**TEKER TORRES & TEKER, P.C.**

By: _____
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendant*

ORIGINAL