DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAM ELM,<br><br>Defendant. | Criminal Case No. 07-00026<br><br>**ORDER** |

The Defendant's Motion in Limine which was filed on June 18[1], 2007 is scheduled for a hearing on Monday, June 25, 2007 at 10:30 a.m. The Government shall file its Opposition by 12:00 p.m. on June 20, 2007 and the Reply should be filed no later than 12:00 p.m. on June 21, 2007.

**SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 19, 2007**

---

[1] The court finds this filing untimely in light of the looming trial date, counsel should come to the hearing prepared to explain the late filing.