**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
JUN 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | |
| vs. | **DEFENDANT'S WITNESS LIST** |
| BRIAN ELM, | |
| Defendant. | |

----------

Defendant, Brian Elm, by and through his attorneys of record, Teker Torres & Teker, P.C., hereby submits his witness list in the above-captioned case. Submission of this list is made without waiver of, and with reservation of the right to supplement the list before court proceedings.

1. Curtis Van De Veld, Esq.

2. Any rebuttal witness, including but not limited to any expert witnesses appointed by the Court.

///

///

Defendant reserves the right to call any and all witnesses that may be revealed in discovery, as well as within the witness list of the United States of America.

Dated this 18th day of June, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendant*