**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM
JUN 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S PROPOSED** |
| | ) | **JURY VERDICT FORM** |
| BRIAN ELM, | ) | |
| | ) | |
| Defendant. | ) | |

----------

Defendant, BRIAN ELM, has no objection to the jury verdict form submitted by the United States of America and would adopt same.

**DATED** at Hagåtña, Guam, on June 19, 2007.

**TEKER TORRES & TEKER, P.C.**

By /s/ Joseph C. Razzano
**JOSEPH C. RAZZANO, ESQ.**
*Attorneys for Defendant*

JCR:cs
PLDGS:ELM, BRIAN:005