# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-07-00026-001                    DATE: June 25, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley                   Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 8:34:56 - 9:41:45
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Brian William Elm                 Attorney: Joseph C. Razzano
☑ Present ☑ Custody ☐ Bond ☐ P.R.             ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson                 U.S. Agent:
U.S. Probation: None Present                 U.S. Marshal: T. Muna / F. Taitague
Interpreter:                                 Language:

**PROCEEDINGS: Motion in Limine to Exclude Expert Testimony or, in the Alternative, Motion for Appointment of Expert Witness**

- Motion argued by Defendant(s).
- Motion in Limine to Exclude Testimony was denied. Ex Parte Motion for Appointment of Expert Witness was granted.
- Parties were instructed to meet and confer regarding transcripts to be used at trial. In addition, parties are to instruct the clerk once they are ready to proceed with trial, either on Wednesday or Thursday morning.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: