**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM

JUN 26 2007 nbo

**MARY L.M. MORAN**
**CLERK OF COURT**

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF MOTION** |
| | ) | |
| BRIAN ELM, | ) | |
| | ) | |
| Defendant. | ) | |

----------

**TO:** **KARON V. JOHNSON, ESQ.,** *Assistant U. S. Attorney,* **Office of the United States Attorney**, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

**PLEASE TAKE NOTICE** that Defendant's Motion for Disclosure of Grand Jury Transcript Under Fed. R. Crim. P. 6(e)(3)(E)(ii) filed in the above-captioned case will come on for hearing on _JUN 27 2007 nbo a_ at _9:15 a_.m., or as soon thereafter as the matter may be heard.

Dated this 26th day of June, 2007.

**TEKER TORRES & TEKER, P.C.**

By: _____
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendant*

ORIGINAL