# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00026-001     DATE: June 27, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 2:17:36 - 2:26:55
CSO: F. Tenorio / L. Ogo

**APPEARANCES:**

Defendant: Brian William Elm     Attorney: Joseph Razzano
☒ Present ☒ Custody ☐ Bond ☐ P.R.     ☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Karon Johnson     U.S. Agent:
U.S. Probation: None Present     U.S. Marshal: D. Punzalan
Interpreter:     Language:

**PROCEEDINGS: Status Hearing re:**
- Motion for Disclosure of Grand Jury Tanscript
- Motion to Dismiss or, in the Alternative, Motion in Limine to Redact Entire Sentencing Transcript
  - Mr. Razzano was instructed to file his additional motion by Friday, June 29, 2007.
  - Court set the following briefing schedule:
  - Government's Response to the Motions due by: 7/20/2007
  - Defendant's Reply Brief due by: 8/3/2007
  - Hearing on Motions : August 13, 2007 at 9:00 a.m.
  - Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: