BElm.RGJ

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 12 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR GRAND JURY TRANSCRIPTS** |
| BRIAN WILLIAM ELM, | |
| Defendants. | |

Federal Rule of Criminal Procedure 6(e)(3)(C)(ii) allows the court to release grand jury transcripts to the defense "upon a showing that grounds may exist for a motion to dismiss the indictment because of matters occurring before the grand jury." The defense must make a particularized need for such a disclosure: "(1) that the desired material will avoid a possible injustice, (2) that the need for disclosure is greater than the need for continued secrecy, and (3) that only the relevant parts of the transcripts should be disclosed." Douglas Oil Co. V. Petrol Stops Northwest, 441 U.S. 221, 229 (1979). Defendant must provide evidence to support whatever impropriety he claims occurred before the grand jury. United States v. Perez, 67 F.3d 1371, 1381 (9th Cir. 1995).

The only grounds defendant advances is that the government reputedly said it could rely

-1-

upon the lesser standard of proof provided by 18 U.S.C. § 1623(c) because defendant made two prior inconsistent statements, and perhaps this incorrect theory was propounded to the grand jury. The transcript of the hearing where this statement is supposed to have been made, which has been attached as Exhibit 1 to the government's response to defendant's motion to dismiss, clearly reflects the government never said any such thing. Thus, defendant has failed to show any particularized need for access to the grand jury transcripts.

Respectfully submitted this 12th day of July, 2007.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and NMI

By: *Karon V. Johnson*  
KARON V. JOHNSON  
Assistant U.S. Attorney