✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

United States of America

**NOTICE**

V.

**Brian William Elm**          CASE NUMBER:   **CR-07-00026-001**

TYPE OF CASE:

☐ **CIVIL**          X   **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

- MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPT
- MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION IN LIMINE TO REDACT ENTIRE SENTENCING TRANSCRIPT
- MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ACQUITTED CONDUCT

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | **Monday, August 13, 2007 at 9:00 a.m.** | **Friday, August 31, 2007 at 9:30 a.m.** |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 9, 2007**                              /s/ Leilani R. Toves Hernandez
DATE                                             (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Joseph C. Razzano, Esq.
      U.S. Probation Office
      U.S. Marshals Service