# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIAN WILLIAM ELM,

    Defendant.

Criminal Case No. 07-00026-001

MINUTES

( ) PRELIMINARY PRETRIAL CONFERENCE    ( ) FINAL PRETRIAL CONFERENCE
(✓) OTHER

**Parties present**: Attorneys Karon Johnson, Phillip Torres, and law clerk Sara Weber. The Court and counsel discussed the following:

1. Ms. Johnson stated that parties are negotiating a plea agreement, however, it is pending approval of the First Assistant Jeff Strand.
2. Mr. Razzano stated that he will discuss the proposed plea agreement with his client's appellate counsel in his previous case.
3. Parties will submit a stipulation to continue the hearing for the motions set on calendar today.

Dated: August 31, 2007.

        /s/ Leilani R. Toves Hernandez
    **LEILANI R. TOVES HERNANDEZ**
        **Courtroom Clerk**