**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM

AUG 3 1 2007

JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

----------

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION FOR CONTINUANCE OF PENDING MOTIONS** |
| BRIAN ELM, | ) | |
| Defendant. | ) | |

----------

The United States of America ("U.S.") and Brian Elm are currently negotiating a potential plea bargain. Both parties therefore request that any and all pending motions be continued for a period of six weeks in order to explore all issues surrounding the potential plea.

IT IS STIPULATED between the U.S. and Brian Elm, by and through his counsel of record, Joseph C. Razzano, that the parties request this Court to continue all pending motions to a date on or after October 8, 2007.

///

///

ORIGINAL

DATED at Hagåtña, Guam, on August 31, 2007.

            **TEKER TORRES & TEKER, P.C.**

By _____
    **JOSEPH C. RAZZANO, ESQ.**
    Attorneys for Defendant

SO STIPULATED this 31st day of August, 2007.

            **OFFICE OF THE UNITED STATES ATTORNEY**

By _____
    **KARON V. JOHNSON, ESQ.**
    Attorneys for Plaintiff