**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **PENDING MOTIONS** |
| BRIAN ELM, | ) | |
| | ) | |
| Defendant. | ) | |

----------

The Court hereby GRANTS the Stipulation for Continuance of any and all Pending Motions filed herein and set for hearing on August 31, 2007. All pending motions have been continued to Thursday, October 11, at 10:00 a.m., 2007.

Dated at Hagåtña, Guam, on August 31, 2007.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**