# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> BRIAN WILLIAM ELM, <br> Defendant. | CRIMINAL CASE NO. 07-00026 <br><br><br><br> **MINUTES** |

( ) PRELIMINARY PRETRIAL CONFERENCE ( ) FINAL PRETRIAL CONFERENCE
( √ ) OTHER

**Parties Present**: The following counsel appeared on behalf of their respective parties:

- Plaintiff-United States of America        Karon Johnson

- Defendant-Brian William Elm               Joeseph Razzano

The court and counsel discussed the following:

    1. Although there was a Motion Hearing Scheduled on the calendar, counsel for both the Plaintiff and Defendant submitted a proposed plea agreement to the court.

    2. Mr. Razzano stated that his client has approved the proposed plea, and he only

needed to receive the signature of the appellate attorney in California.

        3. Ms. Johnson also accepted the proposed plea agreement and is willing to stipulate to it at a future plea hearing.

        4. Parties agreed that if the plea fell through that they would be willing to argue the Motions pending before the court.

        5. Parties agreed to schedule a plea hearing for October 16, 2007 at 8:30 a.m.

Dated: October 11, 2007.

/s/ Sara E.T. Weber
SARA E.T. WEBER
Law Clerk