# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00026-001  DATE: October 16, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley              Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 9:05:07 - 9:11:25
CSO: B. Benavente

**APPEARANCES:**
Defendant: Brian William Elm             Attorney: Joseph C. Razzano
    Present  Custody  Bond  P.R.             Present  Retained  FPD  CJA
U.S. Attorney: Karon Johnson             U.S. Agent:
U.S. Probation: Stephen Guilliot         U.S. Marshal: D. Punzalan / T. Muna
Interpreter:                             Language:

**PROCEEDINGS: Change of Plea**
- Defense apprised the Court of his contact with appellate counsel.
- Defense's oral motion for a brief continuance was granted.
- Proceedings continued to: October 29, 2007 at 10:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: