AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

United States of America

**NOTICE**

V.

Brian William Elm    CASE NUMBER: CR-07-00026-001

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Change of Plea**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> **Hagåtña, GU 96910** | **Monday, October 29, 2007 at 10:30 a.m.** | **Wednesday, November 14, 2007 at 11:00 a.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 24, 2007**            /s/ Leilani R. Toves Hernandez
DATE            (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
       Joseph C. Razzano, Esq.
       U.S. Probation Office
       U.S. Marshals Service