TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

FILED
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, ) | |
| vs. ) | MOTION TO WITHDRAW AS COUNSEL OF RECORD; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL |
| BRIAN ELM, ) | |
| Defendant. ) | |

## MOTION

Joseph C. Razzano, Esq. hereby requests this Court for permission to withdraw as counsel for Defendant Brian Elm in the above-entitled matter due to a conflict of interest. This motion is based on the Memorandum of Points and Authorities and Declaration of Joseph C. Razzano.

## MEMORANDUM OF POINTS AND AUTHORITIES

Irreconcilable differences have arisen with respect to the strategy of representation in the above-captioned case. On two occasions, Mr. Elm has questioned counsel's loyalty to Mr. Elm. Most recently during a telephone conference on November 13, 2007, Mr. Elm stated, "If you are going to force me to take a plea, why don't you just withdraw." *See* Declaration of Joseph C.

ORIGINAL

Razzano in support of this Motion. Counsel explained to Mr. Elm that counsel was not forcing him to take the plea but simply explaining the risks of rejecting the plea. The conversation went poorly to say the least. At this time, counsel believes that attorney-client relationship has deteriorated to the point that Defendant may not be able to assist counsel during trial and counsel believes that the interest of justice would best be served by allowing counsel to withdraw and that new counsel be appointed to represent Defendant Elm in the above-referenced case.

Dated this 13th day of November, 2007.

**TEKER TORRES & TEKER, P.C.**

By /s/ JOSEPH C. RAZZANO, ESQ.

# CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, hereby certify that a true and exact copy of the following:

i. Notice of Motion to Withdraw as Counsel of Record;

ii. Motion to Withdraw as Counsel of Record;

iii. Declaration of Counsel in Support; and

iv. Order Permitting Withdrawal as Counsel of Record and Appointment of New Counsel.

was served, via hand delivery, on November 13, 2007, on Assistant U.S. Attorney, Karon V. Johnson, Esq., Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

DATED at Hagåtña, Guam, on November 13, 2007.

JOSEPH C. RAZZANO