TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | |
| vs. | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| BRIAN ELM, | |
| Defendant. | |

### DECLARATION OF SAMUEL S. TEKER

I, JOSEPH C. RAZZANO, hereby declare as follows:

1. That I am an associate with the firm of Teker Torres & Teker, P.C., court-appointed counsel for Defendant Brian Elm in the above-captioned matter.

2. A telephone conference was held on November 13, 2007 in which Mr. Elm expressed he believed I was forcing him to take a plea. He stated, "If you are going to force me to take a plea why don't you withdraw from my case." Mr. Elm also stated that I was not properly fighting for him. I believe the attorney-client relationship has been damaged beyond repair and Defendant will

ORIGINAL

be unable to assist counsel at trial.

3. Therefore, I believe that there is a conflict of interest in this case and request that our firm be relieved as counsel for Defendant Elm and that new counsel be appointed.

I hereby declare under penalty of perjury that the foregoing declaration is true and correct.

Executed at Hagåtña, Guam, this 13th day of November, 2007.

_____
JOSEPH C. RAZZANO