TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | ) | |
| | ) | NOTICE OF MOTION TO |
| vs. | ) | WITHDRAW AS COUNSEL |
| | ) | OF RECORD |
| BRIAN ELM, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: KARON V. JOHNSON, ESQ., Assistant U. S. Attorney, Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

PLEASE TAKE NOTICE that on a date and time to be set by the Court, in the courtroom of the Honorable Frances Tydingco-Gatewood, Chief Judge for the District of Guam, Teker Torres & Teker, P.C., will appear before the Court to present their Motion to Withdraw as Counsel of Record for the Defendant in the above-captioned case.

Dated this 13th day of November, 2007.

TEKER TORRES & TEKER, P.C.

ORIGINAL

By /s/ JOSEPH C. RAZZANO, ESQ.