**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | |
| vs. | **ORDER PERMITTING WITHDRAWAL AS COUNSEL OF RECORD AND APPOINTMENT OF NEW COUNSEL** |
| BRIAN WILLIAM ELM, | |
| Defendant. | |

GOOD CAUSE APPEARING, Joseph C. Razzano, Esq. is hereby withdrawn as court-appointed counsel of record for the above-named Defendant, Brian William Elm.

IT IS HEREBY ORDERED THAT Rawlen Mantanona is hereby appointed as counsel for Defendant Brian Elm. A Status Hearing is hereby set on November 16, 2007, at 9:00 a.m. before the Honorable U.S. Magistrate Judge Joaquin V.E. Manibusan Jr., for trial scheduling purposes. In addition, the court hereby vacates the Change of Plea Hearing set for Wednesday, November 14, 2007.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Nov 14, 2007**