IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: REMOVAL OF COUNSEL OF RECORD AND APPOINTMENT OF NEW COUNSEL** |
| BRIAN WILLIAM ELM, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, Rawlen Mantanona is hereby removed as counsel for Brian William Elm. IT IS HEREBY ORDERED THAT Louie J. Yanza is hereby appointed as counsel for Defendant Brian Elm. The Status Hearing previously scheduled remains on calendar for November 16, 2007, at 9:00 a.m. before the Honorable U.S. Magistrate Judge Joaquin V.E. Manibusan Jr., for trial scheduling purposes.



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Nov 14, 2007**