**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00026-001  DATE: November 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 11:11:59-11:19:23
CSO: J. Lizama

**APPEARANCES:**
Defendant: Brian William Elm  Attorney: F. Randall Cunliffe
☑Present ☑Custody ☐Bond ☐P.R.  ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: J. Salas\S. Lujan
Interpreter:  Language:

**PROCEEDINGS: Status Hearing**
- F. Randall Cunliffe appointed to represent the defendant nunc pro tunc to November 16, 2007.
- Mr. Cunliffe's oral request for a continuance of the status hearing to sometime during the week of December 3, 2007 was granted. Status hearing continued to: December 6, 2007 at 10:00 a.m.

NOTES: The court finds that the interests of justice was served by granting the continuance and that such continuance outweighed the best interests of the public and defendant in a speedy trial.