# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**BRIAN WILLIAM ELM,**<br><br>　　　　Defendant. | CRIMINAL CASE NO. 07-00026<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **F. RANDALL CUNLIFFE** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to November 16, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
　U.S. Magistrate Judge
**Dated: Nov 19, 2007**