**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00026                   DATE: December 07, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori           Court Reporter: None Present
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 9:33:48 - 9:41:30
CSO: L. Ogo

**APPEARANCES:**
Defendant: Brian William Elm           Attorney: F. Randall Cunliffe
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas       U.S. Agent:
U.S. Probation: None Present            U.S. Marshal: V. Roman / G. Perez
Interpreter:                                         Language:

**PROCEEDINGS: Continued Status Hearing**
- Trial set for: January 30, 2008 at 9:00 A.M.
- Defendant to remain in custody.

NOTES: The Court excluded the time beginning December 7, 2007 until January 30, 2008. The Court found that such continuance will allow defense counsel reasonable time for effective preparation and that the ends of justice is served and is in the best interest of the public and the defendant in a speedy trial.