# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00026    DATE: January 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori    Court Reporter: Wanda Miles
Courtroom Deputy: Walter Tenorio    Electronically Recorded: 8:10:54 - 8:30:06
CSO: J. McDonald

**APPEARANCES:**

Defendant: Brian William Elm    Attorney: Randy Cunliffe
☑Present ☑Custody ☐Bond ☐P.R.    ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Karon Johnson    U.S. Agent:
U.S. Probation: Carleen Borja    U.S. Marshal: J. Untalan/R. Manglona
Interpreter:    Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea: guilty plea to count II Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: 4/25/2008 at 10:00 a.m.
- Draft Presentence Report due to the parties: 3/21/2008
- Response to Presentence Report: 4/4/2008
- Final Presentence Report due to the Court: 4/18/2008
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: