LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

MAR 27 2008

**JEANNE G. QUINATA**
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING** |
| BRIAN WILLIAM ELM, | ) | |
| | ) | |
| Defendant. | ) | |

**COME NOW**, the parties hereto, by and through their respective attorneys of record, and hereby stipulate and agree to continue the Sentencing hearing currently scheduled April 25, 2008, at 10:00 a.m., for approximately one week or sometime after April 28, 2008, as counsel for Defendant herein, F. Randall Cunliffe, Esq. will be off island on April 25, 2008 and returns the morning of April 28, 2008.

SO STIPULATED:

DATED: March 27, 2008
**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and the CNMI

By_____
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: March 22, 2008
**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By_____
F. RANDALL CUNLIFFE, ESQ.

ORIGINAL