LAW OFFICES
# CUNLIFFE & COOK
210 Archbishop F.C. Flores Street
Hagåtña, GU  96910
Telephone:  (671) 472-1824
Telecopier:  (671) 472-2422

Attorneys for:  **Defendant**

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **07-00026** |
|---|---|---|
| Plaintiff, | ) | ORDER RE: CONTINUANCE OF |
| vs. | ) | SENTENCING HEARING |
| BRIAN WILLIAM ELM, | ) | |
| Defendant. | ) | |

**GOOD CAUSE HAVING BEEN SHOWN,** and the Court having been apprised that parties entered into a Stipulation to Continue Sentence currently scheduled for April 25, 2008, at 10:00 a.m., as counsel for Defendant ELM will be off island on April 25, 2008;

**IT IS HEREBY ORDERED** that Sentencing presently scheduled for April 25, 2008, in the above-entitled matter be and is hereby continued to April 30, 2008, at 9:30 a.m.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Mar 28, 2008**