
**ⵧ ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

APR 0 2 2008 ᵱᴰ.

JEANNE G. QUINATA
Clerk of Court

1    brianelmpsr

2    LEONARDO M. RAPADAS
      United States Attorney
3    KARON V. JOHNSON
      Assistant U.S. Attorney
4    Suite 500, Sirena Plaza.
      108 Hernan Cortez Ave.
5    Hagåtña, Guam 96910
      TEL: (671) 472-7332
6    FAX: (671) 472-7334

7    Attorneys for the United States of America

8

9            **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE TERRITORY OF GUAM**

11    UNITED STATES OF AMERICA,       )    CRIMINAL CASE NO. 07-00026

12                 Plaintiff,     )

13             vs.            )    **GOVERNMENT'S STATEMENT**
                                        )    **ADOPTING FINDINGS OF**
14    BRIAN WILLIAM ELM,        )    **PRESENTENCE REPORT**

15                Defendant.    )

16

17       Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the

18    United States hereby adopts the findings of the Presentence Report for the above defendant.

19       Respectfully submitted this 1st day of April 2008.

20                                     LEONARDO M. RAPADAS
                                       United States Attorney
21                                        Districts of Guam and NMI

22

23               By:    _____

24                                KARON V. JOHNSON
                               Assistant U.S. Attorney

25

26

27

28