LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant**

FILED
DISTRICT COURT OF GUAM

APR 29 2008 p.d.

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00026 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **OBJECTION TO PRE-SENTENCE** |
| | ) | **INVESTIGATION REPORT** |
| BRIAN WILLIAM ELM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMES NOW,** Defendant BRIAN W. ELM, through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and objects to the last paragraph of the Addendum to the Presentence Report which indicates that Defendant admitted at the time of sentencing that his involvement was more than the use of a cell phone, that Defendant directed Aponik to make deposits into the account of Jonathan Canovas in Las Vegas, Nevada and entrusted Aponik to operate the Guam organization of the criminal activity after he was in custody. Defendant ELM denies that he ever did those things or has never admitted and denies doing those things.

Respectfully submitted this 29 day of April, 2008.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By _____
F. RANDALL CUNLIFFE, ESQ.