# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**BRIAN WILLIAM ELM**     CASE NUMBER: **CR-07-00026-001**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br><br><br>**APRIL 30, 2008 at 2:00 p.m.** | CONTINUED TO DATE AND TIME<br><br><br><br>**MAY 8, 2008 at 1:30 p.m.** |
|---|---|---|

JEANNE G. QUINATA
CLERK OF COURT

    April 30, 2008           /s/ Marilyn B. Alcon
DATE                       (BY) DEPUTY CLERK

TO:     U.S. ATTORNEY'S OFFICE
         F. RANDALL CUNLIFFE
         U.S. PROBATION OFFICE
         U.S MARSHALS SERVICE