LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

MAY 0 7 2008 R D

**JEANNE G. QUINATA**
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **07-00026** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **SUBMISSION OF LETTER FROM DEFENDANT** |
| BRIAN WILLIAM ELM, | ) | |
| Defendant. | ) | |

**COMES NOW**, Defendant BRIAN W. ELM, through the undersigned counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and hereby submits for the court's consideration an original letter from Defendant **BRIAN W. ELM** dated May 6, 2008 and addressed to the Honorable Frances Tydingco-Gatewood. Said letter is attached hereto and marked Exhibit "A" and incorporated herein by this reference.

Respectfully submitted this __7__ day of May, 2008.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By _____
F. RANDALL CUNLIFFE, ESQ.



ORIGINAL

May 6, 2008

Honorable Frances Tydingco-Gatewood
District Judge
**DISTRICT COURT OF GUAM**
4TH Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Your Honor:

    I know that I have done a lot of things in life that got me into trouble. I know that I cannot take them back. I can only learn from them and will do my best to make sure I do not do it again. I do not intend to repeat the things I did that got me taken away from my family "the people I love so much". I had a lot of time to think and not one day goes by that I do not regret the bad things I did in my life. Not one day goes by that I do not regret the suffering I have put myself and my family through because of what I did. I took for granted many things in life. I failed as a father and a boyfriend and it tears me up inside to think that I will not be around for my son and the important years in his life. He really looks up to me. I am very grateful that he is a good boy. I will do my best to talk to him and guide him to make the right decisions and to be an honest boy so he can become a good man. I will do my best to take the steps I need to better myself and to further my education and knowledge to prevent myself from committing a crime or making wrong decisions. I have been through a lot, my family too and I cannot wait to make it up to them. I promised my son that I will do my very best to be there on that special day, my release.

    It is time for me to wake up. I was busy doing things that were not important and I was chasing the wrong things. I want meaning in my life. I want to devote myself to my community, loving others and the things that give my life meaning and purpose.

                                                Sincerely,

                                     **BRIAN ELM**