LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

MAY 0 8 2008 R.D.

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> BRIAN WILLIAM ELM, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. **07-00026** <br><br> **SUBMISSION OF SUPPORTING LETTER** |

**COMES NOW**, Defendant BRIAN W. ELM, through the undersigned counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and hereby submits for the court's consideration an original letter from Keanu Lujan, son of Defendant **BRIAN W. ELM** dated May 8, 2008 addressed to Your Honor, the Honorable Frances Tydingco-Gatewood. Said letter is attached hereto and marked Exhibit "1" and incorporated herein by this reference.

Respectfully submitted this __8__ day of May, 2008.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By _____
F. RANDALL CUNLIFFE, ESQ.

05/08/08

Dear Your Honor,

I'm writing you regards to my father BRIAN ELM. I understand that today I find out just how long I have to wait till I get to live in a normal surrounding with him again. My father and I have had many talks about life and the good and bad in it. He is truely sorry for the wrong he has done and is now ready to make it right despite all the wrong he's done, he has always owned up to it and made me understand that they were bad choices and is still trying to guide me to make smart decisions. In your decision today please remember that I love my dad and I need my dad. I believe he will do his best to stay his new right path and continue when he is finally released. thank you for taking your time to read my letter.

Sincerely, Keanuu Luyan

Exhibit
Exhibit 1