**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-07-00026-001                          DATE: May 08, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos    Electronically Recorded: 1:41:50 - 2:18:56

**APPEARANCES:**
Defendant: Sentencing                  Attorney: F. Randall Cunliffe
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson              U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:                                     Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>36 months, to run concurrent with ongoing federal sentence</u> (CR-05-00053).
- Court recommends defendant be incarcerated at <u>Lompoc, California</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years, with conditions</u>.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Government moved to dismiss counts I and III. No objections. Granted.

NOTES: